UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| R Wayne Johnson, | Case No. 22-cv-0304 (WMW/BRT) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Sarah Pfieffer, Amy Draeger, T.S. Barnetto, and Amy Pletscher, | |
| Defendants. | |

---

Before the Court is the June 1, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 13.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The June 1, 2022 R&R, (Dkt. 13), is **ADOPTED**.

2. Plaintiff R Wayne Johnson's complaint, (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. Johnson's pending motions, (Dkts. 3, 9), are **DENIED AS MOOT**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 5, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge